BENNETT VS. STATE.

Mr. Justice COMPTON:

The only question in this, as also in the cases of *Ousler vs. The State; James vs. The State, (No. 1.) James vs. The State (No. 2.)* and *James vs. The State (No. 3,)* is the same as that decided in *Cason vs. The State,* at the present term. Let the judgment in each of these cases be reversed, and the causes remanded for further proceedings.